UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUSTIN GALLOW** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7172** |
| **RAYMOND LABORDE CORRECTIONAL CENTER, ET AL.** | **SECTION "I"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the United States Magistrate Judge's Report and Recommendation, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Justin Gallow's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE** for improper venue and lack of subject matter jurisdiction.

New Orleans, Louisiana, this 29th day of February, 2024.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**